July 9, 2015

21,577-10

To. Court of Criminal Appeals
201 W. 14th St., Rm. 106
Austin, Texas 78201

In re: Writ of Mandamus

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 17 2015
Abel Acosta, Clerk

To The Honorable Abel Acosta:

Enclosed for filing and action by the Court my "Request For Leave To File" & "Petition For Writ of Mandamus" in this matter of Williamson Co. refusing to forward my Art. 11.07 Writ on new Constitutional violations to the appellate court for review & decision. This is the 2nd time I have had to do this.

Please inform me of the filing in the clerks normal way. Thank you.

Respectfully submitted,
/S/ Wm E Johnson
William E. Johnson 493576
C.J. Terrell Unit
1300 F.M 655
Rosharon, Tx 77583

Dated & documented

# IN THE COURT OF CRIMINAL APPEALS
## AUSTIN, TEXAS

IN RE:                                    §
WILLIAM E. JOHNSON,                       §
      Relator                          §
    V.                                  §      CAUSE NO. 88-405-K
HONORABLE DONNA KING,                     §      WRIT NO. _____
26TH DISTRICT COURT,                      §
WILLIAMSON CO., TEXAS,                     §
      Respondent.                      §

## REQUEST FOR LEAVE TO FILE
## PETITION FOR WRIT OF MANDAMUS

BEFORE THE HONORABLE COURT?

    COMES WILLIAM E. JOHNSON, Relator Pro Se, once again, to request leave to file his "Petition For Writ of Mandamus" in the above referenced action. For a second time the 26th District Court, now under Judge Donna King, is refusing to forward legal documents set by law to the Court.

    Relator is now illegally confined with NO conviction, said having expired August 2, 2013, so is destitute and illegally kept kidnapped by the unethical action of the T.D.C.J. and the court of conviction. Because of his indigent and destitute status, Relator has no access to copy machines or printers and is being

strictly limited in writing materials by the
T.D.C.J. systems new correspondance rules.

As such, Relator request no only permission
to file his "Petition For Writ of Mandamus" in
original draft copy, but to not have the burden
of multiple copies applied to him in this or
any future filings, waiver of Rules of Appellate
Procedure in this regard.

This Relator respectfully prays.

Respectfully submitted,
/s/ Wm. E Johnson
William E. Johnson   493576
C.T. Terrell Unit
1300 F.M. 655
Rosharon, Tx  77583

## IN THE TEXAS COURT OF CRIMINAL APPEALS
## AUSTIN, TEXAS

IN RE:

WILLIAM E. JOHNSON, §

Relator §

vs. § TRL. CASE NO. 88-405-K

HONORABLE DONNA KING, § WRIT NO. _____

26TH DISTRICT COURT OF §

WILLIAMSON COUNTY §

Respondant §


## PETITION FOR WRIT OF MANDAMUS


BEFORE THE HONORABLE COURT:

COMES WILLIAM E. JOHNSON, Relator Pro Se, and files this his "Petition For Writ of Mandamus" for action by the Court on his successive Art. 11.07 Writ of Habeas Corpus on Constitutional issues of Law newly available to him and on issues of prior unadjudicated matters for true review by the Court. (Tx. Const. Art. 1§12). Trial Court has now had Relator's Art. 11.07 Writ for more than 55 days, statutory limit being 35, with NO action on it per Relator's knowledge.

Relator makes all filings as one illegally imprisoned and Kidnapped (18. U.S.C. §241) by the illegal actions of the T.D.C.J.-ID, and, Texas Parole Division pursuant to HAINES v.

Kerner, cite omitted (1972) as one not trained in the legal field so should not be held to the legal standard as a professional so schooled.

## JURISDICTION

Mandamus relief is filed pursuant to the Tx. R. App. Proc. Rules 52.1, 52.3, 72.1 & 79.2(b), and, the ALL WRITS Act.

## ISSUE

On or about May 18, 2015, Relator filed his successive Art. 11.07 Writ of Habeas Corpus per Art. 11.59 on new Constitutional violations, and, on previously unadjudicated issues by any appellate court. Writ is pursuant to the Texas Constitution, Bill of Rights, Art. 1 § 12, and, Arts. 1-13 § 1-19. To date Relator has received NO word on his filing from the trial court except REFUSAL to allow release on personal recognizance where Relator [IS imprisoned] on an expired sentence, said expiration August 2, 2013.

## ARGUMENT

Mandamus relief is available for a court's abuse of discretion (AXELSON, INC. v McHANY, 798 S.W. 2d 550 (Tx. 1990); U.S. v Garza, 593 F.3d 385 (5th Cir. (Tex) 2010)) and Courts of Appeals

reviews district court's administrative handling of case, including the enforcement of local rules], for abuse of discretion. (U.S. v. Rios-Espinoza, 591 F.3d 758 (5th Cir. (Tex) 2009)).

Mandamus relief _is_ available when (1) Relator has clear right to relief (2) Respondant has clear duty to act, and (3) no other adequate remedy exists. (RANDALL D. WOLCOTT, M.D., P.A. v. Sebelius, 635 F.3d 757 (5th Cir. (Tex) 2011); In Re SANTA FE Intern. Corp., 272 F.3d 705 (5th Cir. (Tex) 2001)).

As Writ of Habeas Corpus _is_ authorize by the Texas Constitution, Art. 1 § 12, then Relator has a Constitutionally protected Right to have his Writ reviewed and adjudicated. Relator raises issues of Constitutional violations making for illegal imprisonment with NO conviction, a clear Due Process of Law and Civil Rights violations. Mandamus relief is available in such instances. (STATE EX REL HOLMES v Court of Appeals, 885 SW2d 389, 392-93 (Tx Crim. App. 1994).

Power of the Court of Criminal Appeals to issue Writ of Mandamus lies in Art. 5 § 5 of the Texas Constitution, and, Art. 4.04, Tx. Code of Crim. Procedure Supra, @ 392. "Disputes which arise over the enforcement of statutes governed by the Tx. Code of Crim. Procedure, and which arise as a result of or incident to a criminal prosecution" are amendable to mandamus

action.

Relator holds he _is_ illegally imprisoned on an expired sentence, now Breached, in clear violation of 18 U.S.C. § 241 of Federal Law, and, Tx. Penal Codes §§ 39.02 & 39.03, has no avenue to force the Court to forward his Writ of Habeas Corpus so that issuance of writ is clearly indisputable and _is_ appropriate under the circumstances. (_In Re CRYSTAL POWER CO., LTD_, 641 F.3d 78 (5th Cir. (Tex) 2011); _In Re FISHER_, 640 F.3d 645 (5th Cir. (Tex) 2011); _In Re AMY_, 591 F.3d 792 (5th Cir. (Tex) 2009)).

By Law, and _stare decisis_ of prior court decisions, Relator has a Right to issuance of Mandamus to compel the 26TH District Court, once again, to forward Relator's Art. 11.07 Writ, uncontested, to the Court of Criminal Appeals of Texas for proper review and action.

Relator IS ILLEGALLY IMPRISONED WITH NO SENTENCE and the trial court is aware the sentence has expired. NO immunity applies

## PRAYER

WHEREFORE, Relator so prays the Court, after review of the facts and case law, so GRANT Relator his Petition for Writ of Mandamus and so enter-

(4)

an ORDER to the District Clerk, Lisa David, of Williamson County, Texas, to immediately forward to the Texas Court of Criminal Appeals Relator's Art. 11.07 Writ of Habeas Corpus, unchallenged, and ALL motions for release to personal recognizance for proper judicial action.

Respectfully submitted,
/s/ Wm E Johnson
William E Johnson 493576
C.T. Terrell Unit

UNSWORN DECLARATION

I, William E Johnson, T.D.C. NO. 493576, presently illegally restrained of my liberty by way of Kidnapping & Official Oppression pursuant to 18 U.S.C. § 24T, & Tx. Penal Codes §§ 39.02 & 39.03, at the C.T. Terrell Unit of the T.D.C.J.-I.D. at 1300 F.M 655, Rosharon, Texas 77583 in Brazoria County, declares under penalty of perjury all foregoing documents for "Writ of Mandamus" & "Request For Leave To File" are true and correct.

Date: July 9, 2015

/s/ Wm E Johnson
Affiant

⑤